**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS TOROS MEXICAN RESTAURANT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOS TOROS DE JALISCO, a California corporation, MIGUEL VALLE, an individual, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV 15-4772-GW(PJWx)<br><br>**PERMANENT INJUNCTION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Stipulation for Permanent Injunction and Dismissal, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendants Los Toros De Jalisco and Miguel Valle ("the defendants"), and each of them, along with their officers, agents, servants, employees, and attorneys, and all those persons or entities acting in concert or participation with them, are permanently enjoined and restrained from:

    (a) Using the words LOS and TOROS together in connection with any food, drink, or restaurant products or services, for retail purposes or otherwise, including advertising on any Internet page or

social media application or channel;

(b) Engaging in the promotion, publicizing, advertising, or any other use of either or both of the Los Toros Trademarks; or

(c) Engaging in any other activity constituting infringement of either or both of the Los Toros Trademarks.

2. The defendants further are directed to take such remedial action as is necessary to prevent future confusion, including without limitation deleting or deactivating any Internet web page or social media application or channel within their control and currently or formerly used by the defendants to engage in any act enjoined hereby.

3. Nothing in the Stipulated Permanent Injunction or this Order of Dismissal precludes the parties from asserting any claims or rights that arise solely after entry of the Permanent Injunction and Order of Dismissal, or that are based upon any breach of, or the inaccuracy of, any representation or warranty made by any party in the Stipulation for Entry of Permanent Injunction and Order of Dismissal or the settlement agreement reached by the parties.

4. The Permanent Injunction and Order of Dismissal are final and may not be appealed by either party.

5. The Permanent Injunction and Order of Dismissal binds the defendants and their officers, agents, servants, employees and attorneys, as well as other persons who are in active concert or participation with any parties, officers, agents, servants, employees and attorneys.

6. No bond shall be required in connection with the Permanent Injunction entered pursuant to the Stipulation.

///

///

///

7. The plaintiff's claims are hereby dismissed with prejudice and without costs to either party, except that the Court shall retain jurisdiction to enforce the Permanent Injunction and Order of Dismissal entered pursuant to the Stipulation and the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
THE HONORABLE GEORGE W. WU
JUDGE OF THE UNITED STATES
DISTRICT COURT